285 B.R. 344 (2001)
In re Miranda,
Skehen
v.
Miranda.
In re Rivera,
Skehen
v.
Rivera.
Anderson, In re,
Skehen
v.
Anderson.
Bonner, In re,
Skehen
v.
Bonner.
Horlick, In re
Skehen
v.
Horlick.
Byrd, In re
Skehen
v.
Byrd.
Romero, In re,
Skehen
v.
Romero.
Deutsawe, In re,
Skehen
v.
Deutsawe.
C'Hair, In re,
Skehen
v.
C'Hair.
No. NM-01-044, NM-01-047, NM-01-046, NM-01-045, NM-01-048, 99-10346, 00-11356, 99-17081, 98-10524.
United States Bankruptcy Appellate Panel, Tenth Circuit.
December 4, 2001.
Affirmed.